nomodu Jalloh
166 Seaver St #14
Dorchester, MA 02121
Tel 617 442-2044
06-18-04

Complaint
motion to Reconsider.
RE: CASE No. A091785065

FILED
2004 JUN 18 P 2:33
U.S. DISTRICT COURT
DISTRICT OF MASS

To whom it may concern

I am filing this complaint because I have been denied the right to become a United States citizen because of an alleged act the Department of homeland security based their decission to denny me U.S. citizenship. I am asking that they give me my citizenship, I will prefered if they can wait at a later date, before they can make an other determination, because I am not a criminal I am a very peaceful person; however things happened. The case in question in which BCIS based their decission to denny my citizenship was not a serious case.. I was a cab driver and I had a problem with a Big teennager in which I was almost killed by the brothers and mother of these teenager in which I called the Taxi despatcher, when the police arrived, they did not try to understand the case but decided to arrest. This was truly not a case of assult and battery with a dangerous weapon.

I am willing to take this test ~~[crossed out]~~ ~~[crossed out]~~ I have that it was a false allegation.

Please sir all I am asking for give me my citizenship of America it was to become a U.S citizen I came to this country please make my dream come true. I am not a criminal, I have <u>not</u> come to this country for bad intentions.

I am filing this appeal so the people of homeland security to reconsider their decision. I promise this kind of problem will not happen again. I thank you to you for anybody will really find out the true facts of these matter, may god bless that person, I sign below for my sincerity to this matter.

Momodu Jalloh.
06-18-04.

**U.S. DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Services

DECISION ON NATURALIZATION
APPEAL PROCEEDINGS

Date: JUN 1 4 2004

John Fitzgerald Kennedy Federal Building,
Government Center
Boston, Massachusetts 02203

Momodu Jalloh
166 Seaver Street, Unit # 14
Dorchester, MA  02121

PLEASE REFER TO THIS FILE NUMBER
A091118565

## DECISION

On May 8, 1996, you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316(a) of the Immigration and Nationality Act. Your application was denied on March 1, 1997 for lack of prosecution. You subsequently filed a Request for Hearing on a Decision Naturalization Proceedings (Appeal Form N-336) on May 30, 1997. On February 19, 1998, you appeared for an interview on your appeal application.

Title Eight, Section 316.10 (a)(1) of the Code of Federal Regulations states that an applicant for naturalization bears the burden of demonstrating that, during the statutorily prescribed period, he or she has been and continues to be a person of good moral character. Title Eight, Section 316.10 (b)(3)(iii) of the Code of Federal Regulations states that an application will not be approved if an applicant has committed unlawful acts that adversely reflect upon the applicant's moral character.

Subsequent to your interview, you were arrested on April 25, 1999 for assault and battery by dangerous weapon and operating a motor vehicle so as to endanger. On July 8, 1999, the court made a finding of sufficient facts and ordered you to pay a fine and placed you on probation. Accordingly, the denial of your application is affirmed. It should be noted that you may be eligible to file a new application for naturalization on April 26, 2004.

This decision constitutes a final administrative denial of your naturalization application. You have the right to file a petition for review in the United States District Court having jurisdiction over your place of residence in accordance with Chapter 7, Title 5, of the United States Code within a period of not more than 120 days after the Service's final determination.

Sincerely,

Denis C. Riordan
District Director

cc:
By Certified Mail: 70993400001837298509
BY: ADS