# UNITED STATES DISTRICT COURT

District of _____

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

**04 - 11403 DPW**

TO: (Name and address of Defendant)

US Attorney
US Courthouse
One Courthouse Way - S - 9200
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Momodu Jalloh
166 Seaver St. #14
Dorchester, MA 02121
617-442-2044

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE  6-25-04

(By) DEPUTY CLERK