**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | Momodu Jalloh |
| DEFENDANT | U.S. Department of Homeland Security |
| COURT CASE NUMBER | 04-11403 DPW |
| TYPE OF PROCESS | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Department of Homeland Security

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J.F.K. Federal Building Government Center, Boston, MA 02203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. DEPARTMENT OF HOMELAND SECURITY
GOVERNMENT CENTER BOSTON, MA 02203

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Momodu Jalloh
166 Seaver St #14
Dorchester, MA 02121
Tel. 617 442-2044 at all times

Signature of Attorney or other Originator requesting service on behalf of: Momodu Jalloh
☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617 442-2044
DATE: 06-28-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 38 | 38 | Nancy [signature] | 7/1/04 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

Signature of U.S. Marshal or Deputy

REMARKS:

# UNITED STATES DISTRICT COURT

District of _____

V.    SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-11403 DPW**

TO: (Name and address of Defendant)

U.S. Dept. Homeland Security
Goverment Center
Boston, MA 02202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Momody Jelloh
166 Seaver St. #14
Dorchester, MA 02121
617-442-2044

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK: TONY ANASTAS

(By) DEPUTY CLERK

DATE: 6-25-04