UNITED STATES DISTRICT COURT

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-11403DPW

TO: (Name and address of Defendant)

A General USA, DOJ
950 Pennsylvania Ave, NW
WA, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Momody Jalloh
166 Seaver St. #14
Dorchester MA 02121
617-442-2044

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

6-25-04

DATE

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Momodu Jalloh | 04-11403 DPW |
| DEFENDANT | TYPE OF PROCESS |
| U.S. Department of Homeland Security | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
U.S. Department of Homeland Security  
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
JFK Federal Building Government Center Boston, MA 02203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney General of the United States  
Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, D.C. 20530

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Momodu Jalloh  
16 G Seaver Street #14  
Dorchester, MA 02121  
617-442-2044  
at all times

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
Momodu Jalloh  
TELEPHONE NUMBER: 617-442-2044  
DATE: 06-25-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 38  
District to Serve No. 16  
Signature of Authorized USMS Deputy or Clerk  
Date: 6/28/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)  
Date of Service | Time | am / pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)