UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MOMODU JALLOH, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 04-11403-DPW |
|  | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION OF THE DEFENDANT TO ENLARGE THE TIME TO ANSWER OR OTHERWISE RESPOND

The defendant, Department of Homeland Security, by its attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by one month to October 17, 2004.  As reasons therefore, the defendant states that during the transition of the departure of an employee for the United States Attorney's Office and the reassignment of the departed employee's responsibilities, the file for this case was inadvertently misplaced.  The defendant further states that it is in the process of gathering information necessary to file an answer or other response and needs additional time to complete these assessments.

The plaintiff has assented to this motion.

Wherefore the defendant respectfully requests that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until October 17, 2004.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: September 17, 2004     /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the following:

Momodu Jalloh
166 Seaver Street, # 14
Dorchester, MA 02121

Dated: September 17, 2004     /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(3)**

    I hereby certify that on September 16, 2004, I conferred with the plaintiff and attempted in good faith to resolve the issues presented in this motion. Plaintiff assented to this motion.

Dated: September 17, 2004     /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney