**U.S. Department of Justice**
Immigration and Naturalization Service

NOT FOUND

OMB #1115-0009
**Application for Naturalization**

START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: JALLOH
Given Name: MOMODU
Middle Initial: "NONE"

U.S. Mailing Address / Care of:
Street Number and Name: P.O. BOX 1054
Apt: 3
City: Brockton
County:
State: MA
ZIP Code: 02147

Date of Birth (month/day/year): 7.26.50
Country of Birth: SIERRA LEONE
Social Security #: 020663982
A #: A091118565

### Part 2. Basis for Eligibility (check one).

a. [X] I have been a permanent resident for at least five (5) years. 316(a)
b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. [ ] I am a permanent resident child of United States citizen parent(s).
d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. [ ] Other. (Please specify section of law) _____

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 10/01/90
Port admitted with an immigrant visa or INS Office where granted adjustment of status: ~~TAMPA, FLORIDA~~ BOS
Citizenship: SIERRA LEONEAN
Name on alien registration card (if different than in Part 1): NA
Other names used since you became a permanent resident (including maiden name): NONE

Sex: [X] Male [ ] Female
Height: 5'6"
Marital Status: [ ] Single [ ] Married [ ] Divorced [X] Widowed

Can you speak, read and write English? [ ] No [X] Yes

**Absences from the U.S.:**
Have you been absent from the U.S. since becoming a permanent resident? [ ] No [X] Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 1990 | 45 DAYS | [ ] Yes [X] No | FREETOWN | To see my children |
| 1991 | 90 DAYS | [ ] Yes [X] No | FREETOWN | To see my children |
| 1992 | 90 DAYS | [ ] Yes [X] No | FREETOWN | To see my children |
| 1992 | 60 DAYS | [ ] Yes [X] No | FREETOWN | To see my children |
| 1993 | 90 DAYS | [ ] Yes [X] No | FREETOWN | My wife's death |
| 1994 | 40 DAYS | [ ] Yes [X] No | FREETOWN | My mother's death |
| 1995 | 2 months | | FREETOWN | see my children |

**For INS Use Only**
Returned:
Receipt:
Resubmitted:
Reloc Sent:
Reloc Rec'd:
[ ] Applicant Interviewed
At Interview: [✓] request naturalization ceremony at court
Remarks:
APPROVED INS DISTRICT DIRECTOR

To Be Completed by Attorney or Representative, if any
[ ] Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Continued on Back

Form N-400 (Rev. 07/17/91)N

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From — To |
|---|---|
| 166 Seaver St, Dorchester, Apt. 14, 02121 | |
| 44 Mill St. Street, Dorchester, MA 02124 | 1986 — 199_ |
| NONE   NONE | NONE   NONE |
| NONE   NONE | NONE   NONE |
| NONE   NONE | NONE   NONE |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From — To | Occupation/position |
|---|---|---|---|
| (illegible) | | | |
| U.S.A. Taxi Ass. Inc | 300 Adams St. Dor. MA 02122 | 1989 — present | PART TIME CAB DRIVER |
| "NONE" | "NONE" | "NONE" "NONE" | "NONE" |
| "NONE" | "NONE" | "NONE" "NONE" | "NONE" |
| "NONE" | "NONE" | "NONE" "NONE" | "NONE" |

## Part 5. Information about your marital history.

A. Total number of times you have been married ONE. If you are now married, complete the following regarding your husband or wife.

WIDOWED — Only once

| Family name | Given name | Middle initial |
|---|---|---|
| NA | NA | NA |

Address: —

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| | NA | NA |

| Social Security # | A# (if applicable) | Immigration status (if not a U.S. citizen) |
|---|---|---|
| | NA | NA |

Naturalization (If applicable) (month/day/year) NA    Place (City, State) NA

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children 7. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

No other children

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| FATMATA JALLOH | 2.25.70 | FREETOWN | SIERRA LEONEAN | | 21 VICTORIA ST, FREETOWN |
| MOHAMED A. JALLOH | 12.25.71 | FREETOWN | ✓ | | ✓ |
| ISATU JALLOH | 8.4.73 | FREETOWN | ✓ | | ✓ |
| MEMUNATU JALLOH | 3.15.77 | FREETOWN | ✓ | | ✓ |
| KADIATU JALLOH | 4.21.80 | FREETOWN | ✓ | | ✓ |
| MOMODU ALIE JALLOH | 8.22.82 | FREETOWN | ✓ | | ✓ |
| MARIAMA JALLOH | 6.3.85 | FREETOWN | ✓ | | ✓ |

Continued on back

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany? ☐ Yes ☒ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No

   If you have registered under the Selective Service laws, complete the following information:
   Selective Service Number: __NA__  Date Registered: __NA__
   If you registered before 1978, also provide the following:
   Local Board Number: __NA__  Classification: __NA__

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☒ No

12. Have you ever:
    a. been a habitual drunkard? ☐ Yes ☒ No
    b. advocated or practiced polygamy? ☐ Yes ☒ No
    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No
    f. received income from illegal gambling? ☐ Yes ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No

14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State? ☐ Yes ☒ No

15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☐ Yes ☒ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☒ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☒ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, cl[ub] United States or in any other place. Include any military service in this part. If none, write "none". Include the nam[e] membership and the nature of the organization. If additional space is needed, use separate paper.

"NONE"
NONE
NONE
NONE

NONE

## Part 10. Complete only if you checked block "C" in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:)

| Family Name | NA | Given Name | NA | | Middle Name | NA |

Address: NA    NA    NA    NA

Basis for citizenship: NA
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent
NA                                ☐ parent of child legitimated after birth    NA

If adopted or legitimated after birth, give date of adoption or, legitimation: (month/day/year) NA

Does this parent have legal custody of you? ☐ Yes ☐ No    NA

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature: Momodu Jallah    Date:

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature: NONE    Print Your Name: NONE    Date: NONE

Firm Name and Address: NA    NA

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ___ that the corrections, numbered 1 through 10, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

X Momodu Jallah
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____ 5/8/96
(Examiner's Signature) / Date

By Certified Mail:
P 368 621 692

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
John F. Kennedy Federal Building
Boston MA 02203 ATT: EXAMS

DECISION ON APPLICATION
FOR NATURALIZATION

Name and Address of Applicant:
MOMODU JALLOH
P.O. Box 1054
Brookline, MA 02147

Refer this file No.:
A91 118 565

Date: MAR 0 1 1997

## DECISION

On May 8, 1996, you appeared for an examination on your application for naturalization, which was filed in accordance with: Section 316(a) of the Immigration and Nationality Act. Pursuant to the investigation and examination of your application, it is determined that your application be denied for the following reason(s): lack of prosecution. Accordingly, your application is hereby denied pursuant to Title Eight, Section 316.2(b) of the Code of Federal Regulations.

**SEE ATTACHED SHEET**

This decision is made without prejudice toward the filing of a new application in the future. It is noted that you may be eligible to apply for naturalization again on or after: <u>anytime</u>.

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within <u>30 days</u> of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is final. A request for a hearing may be made to the District Director, with the Immigration and Naturalization Service Office which made this decision, on <u>Form N-336.</u> Request for hearing on a Decision in Naturalization Proceeding under Section 336 of the Act, together with a fee of <u>$110.00.</u> A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions which you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Jean R. Ouellette
Jean R. Ouellette
Acting District Director

## ATTACHMENT TO FORM N-335
A91 118 565

On May 8, 1996, you appeared for your interview regarding your application for naturalization. At the commencement of the interview, you were requested to furnish the Service with additional information. You were asked to provide the following: proof of child support for your three (3) children living in Freetown, Sierra Leone. To date, the Service has not received the requested information.

8 CFR 316.2(b) states:

> *Burden of proof:* The applicant shall bear the burden of establishing that he or she meets all of the requirements for naturalization, including that the applicant was lawfully admitted as a permanent resident to the United States in accordance with the immigration laws in effect at the time of the applicant's initial entry or any subsequent entry.

You were given twelve weeks to provide the requested documents and you failed to do so. Accordingly, your application for citizenship is hereby denied.


Enclosures: Form N-336
cc:
Form N-335 (Rev. 10/24/91)N

C:\MSOFFICE\WINWORD\91118565.DOC

**U.S. Department of Justice**
**Immigration and Naturalization Service**

## Request for Hearing on a Decision Naturalization Proceedings Under Section 336 of the Act

| Decision: ☒ Grant<br>☐ Denial  FEB 19 1998  KELLEY | Fee: |
|---|---|

**1. In the Matter of:** (Name of Naturalization Applicant)

**File Number:** A- 91 118 565

**2. I am filing a request for hearing on the decision dated:**

March 01, 1997

**3. Please check the one block which applies:**

☐ I am *not submitting* a separate brief, statement or evidence.

☒ I *am submitting* a separate brief, statement and/or evidence with this   05/30/97

☐ I need _____ days to submit a brief, statement and evidence to INS. (May be granted only for good cause shown. Explain in a se

**4. Person Filing Request:**

Name (Please type or print)

MOMOdu JALLOH

Address (Street Number and Name)    (Apt. Number)

P.O. BOX 1054

(City)   (State)

BROOKline VILLAGE   MA

Signature   Date (Month/Day/)

Momodu Jalloh

☐ I am an attorney or representative and I represent: *You must attach a Notice or Entry or Appearance (Form G-28) if you are an attorney or representative and did not previously submit such a form.*
(Person for whom you are appearing)

U.S.I.N.
FEE RECEIPT
A CENTURY OF SERVI
BOSTO
91118565*#
JALLOH #
MISC.
SUBTTL    110.00
TTLAMT    110.00
MNY OR
CHANGE    110.00
          0.00
1 ITEMS
0002081    8:33

**5. Briefly, state the reason(s) for this request for a hearing:**

The reason I requested for a hearing, is because I did mail the proof support for my kids in Africa through by Money Transfers agents and western union and naturally Sir, we have people that travel to Africa every now and then, and I do sent them to take money to my kids and also I go to Africa every

| CRIMINAL DOCKET | DOCKET NO. 9907 CR 2685 | ATTORNEY NAME | | |
|---|---|---|---|---|
| COURT DIVISION: DORCHESTER | ☐ Interpreter Required (language:) | DATE & | DOCKET ENTRY | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>CC#90209332<br>Momodu Jallow<br>166 Seaver Street<br>Dorchester, MA. | | Clawson<br>4/26/99<br>11/9<br>2/2/00<br>2/8/00 | ☒ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft advised per 211D §2A<br>☐ Waiver of counsel found after colloquy<br>Terms of release set:<br>☒ PR ☐ Bail: same<br>☐ Held (276 §58A)<br>☐ See back for special conditions<br>Arraigned and advised:<br>☒ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10)<br>Advised of right to jury trial<br>☐ Does not waive<br>☐ Waiver of jury trial found after colloquy<br>Advised of trial rights as pro se (Supp.B. 4)<br>Advised of right of appeal to Appeals Ct (R. 28) | |
| DEFT. DOB AND SEX<br>07/27/50 | OFFENSE CODE(S)<br>617, 61 | | | |
| DATE OF OFFENSE(S)<br>04/25/99 | PLACE OF OFFENSE(S)<br>42 Coleman Street | | | |
| COMPLAINANT<br>PO. Langa | POLICE DEPARTMENT<br>Area C11 | | | |
| DATE OF COMPLAINT<br>04/26/99 | RETURN DATE AND TIME<br>Arrest | | | |

| COUNT-OFFENSE A..ASSAULT & BATTERY BY DANG. WEAPON | | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT $60 ☐ WAIVED |
|---|---|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE 11/9/99 Mulvey | | SENTENCE OR OTHER DISPOSITION<br>☒ Sufficient facts found but continued without guilty finding until: 7/7/00<br>☐ Probation ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) | | | | | |
| DISPOSITION METHOD<br>☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | FINDING<br>☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | | | | ATT FEE<br>TOTAL<br>CHECK<br>CHANGE | DATE | |
| | | FINAL DISPOSITION<br>☒ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | | | JUDGE<br>7-7-00 | DATE | |

| COUNT-OFFENSE B..OP. A MV NEGLIGENTLY SO AS TO ENDAN | | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE 11/9/99 Mulvey | | SENTENCE OR OTHER DISPOSITION<br>☒ Sufficient facts found but continued without guilty finding until: 7/7/00<br>☐ Probation ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) | | | | | |
| DISPOSITION METHOD<br>☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | FINDING<br>☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | FINAL DISPOSITION<br>☒ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | | | JUDGE<br>7-7-00 | DATE | |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE | | SENTENCE OR OTHER DISPOSITION | | | | | |

(additional empty count sections follow)

__ ADDITIONAL
__ COUNTS
__ ATTACHED

COURT ADDRESS

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7855 | PTH | ☐ Held | ☐ Cont'd | | Karzon | | | |
| 2 | | | ☐ Held | ☐ Cont'd | 7/7/00 | Moriarty | 1944 | 1350 | |
| 3 | | | ☐ Held | ☐ Cont'd | | | | | |
| 4 | | | ☐ Held | ☐ Cont'd | | | | | |
| 5 | | | ☐ Held | ☐ Cont'd | | | | | |
| 6 | | | ☐ Held | ☐ Cont'd | | | | | |
| 7 | | | ☐ Held | ☐ Cont'd | | | | | |
| 8 | | | ☐ Held | ☐ Cont'd | | | | | |
| 9 | | | ☐ Held | ☐ Cont'd | | | | | |
| 10 | | | ☐ Held | ☐ Cont'd | | | | | |

ARR=Arraignment  PT- Pretrial hearing  CE - Discovery compliance & jury election  T= Bench trial  J = Jury trial  PC = Probable cause hearing  M = Motion hearing  SR = Status review
SRP = Status review of payments  FA = First appearance in jury session  S = Sentencing  CW = Continuance-without-finding scheduled to terminate  P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted  WAR = Warrant issued  WARD = Default warrant issued  WR = Warrant or default warrant recalled  PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 4/26/99 | Cash bail 100.00. Th. |
| 7/8/99 | ct to attend Complete anger management |
| 7/8/99 | 100. 17362 |
| 7-9-99 | ABSTRACT SENT TO REGISTRY |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | ✓ WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §3D ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |