Momodu Jalloh
166 seaver street apt.14
Dorchester, MA 02121
01/20/05

FILED
IN CLERKS OFFICE

2005 JAN 20 A 9: 05

RE: Case Number: 1:04-cv-11403 (DPW)

In the case of Momodu Jalloh v. Department of Homeland Security (DHS) for a schedule conference regarding " De Novo Review " set for 1/25/2005 at 02:30 pm in courtroom 1 before Judge Douglas P.Woodlock (Rynne, Michelle)

Your honor, I wish to appeal to you that this schedule appointment to be rescheduled for a future time because on that same day and time I also have a medical appointment with my Doctor. I am enclosing documents regarding the case in question for which I was denied My right to become American Citizen. I hope that after reading the police report /statement you will have an idea.

I am a cab driver and I have been driving a taxi for over ten years in Dorchester and alike. It is a tough neighborhood to drive a taxi were some of the folks you pick up or by radio calls will not pay the fare and sometime tries to hurt the cab driver

My appointed Attorney at the time did no examine the facts or even argue the case but ask me to Plea bargain with continuance without a finding Your honor. I do swear to all of the above.

Sincerely
Momodu Jalloh
(617) 442-2044

By Certified Mail:
P 368 621 692

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
John F. Kennedy Federal Building
Boston MA 02203 ATT: EXAMS

DECISION ON APPLICATION
FOR NATURALIZATION

Name and Address of Applicant:
MOMODU JALLOH
P.O. Box 1054
Brookline, MA 02147

Refer this file No.:
A91 118 565

Date: MAR 0 1 1997

### DECISION

On May 8, 1996, you appeared for an examination on your application for naturalization, which was filed in accordance with: Section 316(a) of the Immigration and Nationality Act. Pursuant to the investigation and examination of your application, it is determined that your application be denied for the following reason(s): lack of prosecution. Accordingly, your application is hereby denied pursuant to Title Eight, Section 316.2(b) of the Code of Federal Regulations.

SEE ATTACHED SHEET

This decision is made without prejudice toward the filing of a new application in the future. It is noted that you may be eligible to apply for naturalization again on or after: anytime.

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within 30 days of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is final. A request for a hearing may be made to the District Director, with the Immigration and Naturalization Service Office which made this decision, on Form N-336, Request for hearing on a Decision in Naturalization Proceeding under Section 336 of the Act, together with a fee of $110.00. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions which you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Jean R. Ouellette
Acting District Director

4/25/99 HACKNEY
9:45

**BOSTON POLICE DEPARTMENT**
**CONTINUATION SHEET**

Page 2 of 2

1. District: C-11
2. Complaint No: 90209332
3. Report Date: 4/25/99

Remarks: For the $10.00 bill and started to roll up the passenger's side window, with the victim's arm stuck inside the M/V. Victim then stated that the suspect began driving away with her caught in the car's window, dragging her for about 20 feet. Suspect finally stopped the M/V when MICHAEL JONES jumped in front of the taxi cab, as well as EVELYN SCOTT the victim's mother. Victim seen by Health + Hospitals A-10 at the scene for an injury to her left elbow, but decided to go to the hospital on her own. Suspect placed under arrest + transported to C-11 for booking. Suspect's M/V TA#16137 was towed by Peter's #8356. Citation #H0161741 issued as well as Hackney #B040151. Hackney license seized. Motor vehicle inventory form completed.

## ATTACHMENT TO FORM N-335
A91 118 565

On May 8, 1996, you appeared for your interview regarding your application for naturalization. At the commencement of the interview, you were requested to furnish the Service with additional information. You were asked to provide the following: proof of child support for your three (3) children living in Freetown, Sierra Leone. To date, the Service has not received the requested information.

8 CFR 316.2(b) states:

> *Burden of proof:* The applicant shall bear the burden of establishing that he or she meets all of the requirements for naturalization, including that the applicant was lawfully admitted as a permanent resident to the United States in accordance with the immigration laws in effect at the time of the applicant's initial entry or any subsequent entry.

You were given twelve weeks to provide the requested documents and you failed to do so. Accordingly, your application for citizenship is hereby denied.

Enclosures: Form N-336
cc:
Form N-335 (Rev. 10/24/91)N

C:\MSOFFICE\WINWORD\911118565.DOC

# Boston Police INCIDENT REPORT

**HANDPRINT**

ORIGINAL: X  SUPPLEMENTARY: ☐

| Field | Value |
|---|---|
| 01. KEY SITUATIONS | ☐ DRUGS ☐ LICENSED PREMISES ☐ ELDERLY ☐ JUVENILE ☐ COMMUNITY DISORDERS ☐ DOMESTIC ☐ OTHER |
| 02. COMPLAINT NO. | 90209332 |
| 03. REPORT DIST. | 11 |
| CLEARANCE DIST. | |
| PAGE | 1 OF 2 |
| 04. TYPE OF INCIDENT | |
| 05. CRIME CODE | |
| 06. STATUS | ☐ INACTIVE ☐ UNFOUNDED ☐ ARREST ☐ UNDER 18 ☐ EXCEPT CL ☐ UNDER 18 |
| 07. DATE OF OCCUR. A. | 4/25/99  B. N/A |
| 08. LOCATION OF INCIDENT | 42 COLEMAN ST |
| 09. DISPATCH TIME | 7:53 |
| 10. TIME OF OCCUR. | 7:52  N/A |
| 11. VICTIM/COMP. | SCOTT TESHIMA |
| 12. PHONE | 282-4735 |
| 13. SEX | F |
| 14. RACE | B/N |
| 15. MARITAL STATUS | UNMARRIED |
| 16. ADDRESS | 42 COLEMAN ST |
| OCCUPATION | NONE |
| 17. AGE | 15 |
| 18. DOB | 4/15/83 |
| 19. PERSON REPORTING | P.O. O'NEIL |
| 20. ADDRESS | 40 GIBSON |
| 21. PHONE | 4330 |

### Persons Interviewed

| Person Interviewed | Age | Location of Interview | Home Address | Phone |
|---|---|---|---|---|
| MICHAEL JONES | | 42 COLEMAN | | 825-7886 |
| EVELYN SCOTT | | 42 COLEMAN | | 282-4735 |

23. NUMBER OF PERPETRATORS: ONE

### Persons

| 24 | 25. NAME | 26. S.S. NO. | 27. BOOKING NO. | 28. PHOTO NO. | 29. ALIAS |
|---|---|---|---|---|---|
| ☐ ARREST ☐ WARRANT ☐ MISSING ☐ SUMMONS ☐ SUSPECT | JALLAH, MOMODU | 020663932 | | | |

| 30. WARRANT NO. | 31. ADDRESS | 32. SEX | 33. RACE | 34. AGE | 35. HEIGHT | 36. DOB |
|---|---|---|---|---|---|---|
| | 166 SEAVER ST #14 | M | B/N | 48 | 5'6" | 7/20/50 |

37. SPECIAL CHARACTERISTICS INCLUDING CLOTHING: BROWN JACKET, JEANS

| 38. WEIGHT | 39. BUILD | 40. HAIR | 41. EYES |
|---|---|---|---|
| 175 | MED | BALD | BRN |

### Vehicles

| 43 | 44. REG. STATE NO | 45. PLATE TYPE | YEAR (EXP) | 46. MODEL |
|---|---|---|---|---|
| ☐ STOLEN ☐ RECOV ☐ LV. SCENE ☐ ABAND ☐ IN CUST. ☐ TOWED ☐ USED IN CRIME ☐ OTHER | MA  TA16137 | TAXI | | CAPRICE |

| 47. VEHICLE MAKE-YEAR | 48. VEHICLE NO. | 49. STYLE | 50. COLOR |
|---|---|---|---|
| Chevy 92 | | 4 DOOR | WHITE |

| 51. OPERATOR'S NAME | 52. LICENSE NO | 53. OPERATOR'S ADDRESS |
|---|---|---|
| MOMODU JALLAH | 020663932 | 166 SEAVER ST |

| 54. OWNER'S NAME | 55. OWNER'S ADDRESS |
|---|---|
| I.T.O.A. TAXI SERVICE | 300 ADAMS ST |

### Property
56. CAN PROPERTY BE IDENTIFIED: N/A

| 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR | 63. RECOV |
|---|---|---|---|---|---|---|
| | N/A | | | | | |

### M.O.

64. IS THERE A SIGNIFICANT M.O.

| 65. TYPE OF WEAPON/TOOL | 66. NEIGHBORHOOD | 67. TYPE OF BUILDING | 68. PLACE OF ENTRY |
|---|---|---|---|
| M/V TAXI | RESI | N/A | N/A |

| 69. WEATHER | 70. LIGHTING | 71. TRANSPORTATION OF SUSPECT | 72. VICTIM'S ACTIVITY |
|---|---|---|---|
| CLEAR | ARTI | M/V | PASSING MONEY |

73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR: NONE

RELATIONSHIP TO VICTIM: NONE

74. IS THERE ANY PHYSICAL EVIDENCE

75. IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION

### 76. NARRATIVE AND ADDITIONAL INFORMATION

About 7:53pm OFFICER'S O'NEIL + LANGA IN THE H103F UNIT responded to A R/C FOR A CRIME IN PROGRESS AT 42 COLEMAN ST. UPON ARRIVAL SPOKE to victim, TESHIMA Scott, who stated that she took A CAB to 42 COLEMAN ST. UPON EXITING THE CAB, SHE stated that She had to go into her house to get the $4.00 dollars that was on the METER. UPON RETURNING to the CAB'S PASSENGER'S SIDE WINDOW the Above SUSPECT stated that NOW the FARE WAS $6.00. The Victim stated that it WAS NOT FAIR, But AGREED to PAY $5.00 AND GAVE THE SUSPECT A $10.00 BILL. Victim then stated that the SUSPECT STATED HE DIDN'T HAVE ANY CHANGE

| 77. UNIT ASSIGNED | 78. TOUR OF DUTY | 79. REPORTING OFFICER'S SIGNATURE | 80. REPORTING OFFICER'S ID | 81. PARTNER'S ID |
|---|---|---|---|---|
| H103F | 3 | P.O. O'Neil | 11440 | 11435 |

| 82. DATE OF REPORT | 83. SPECIAL UNITS NOTIFIED (REPORTING) |
|---|---|
| 4/25/99 | HACKNEY |

Sep-30-04  04:04pm  From-CHIEF COUNSEL BOSTON          671 565 4821       T-330  P.011/012  F-805

| CRIMINAL DOCKET | DOCKET NO. 9907 CR 2885 | ATTORNEY NAME |
|---|---|---|
| COURT DIVISION: DORCHESTER | ☐ Interpreter Req. (language) | DATE & DOCKET ENTRY |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>Momodu Jallah<br>CC#90209332<br>166 Seaver Street<br>Dorchester, MA. | | ☒ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft advised per 211D §2A<br>☐ Waiver of counsel found after colloquy<br>Terms of release set: SAME<br>☒ PR ☐ Bail:<br>☐ Held (276 §58A)<br>☐ See back for special conditions<br>Arraigned and advised:<br>☒ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10)<br>Advised of right to jury trial<br>☐ Does not waive<br>☐ Waiver of jury trial found after colloquy<br>Advised of trial rights as pro se (Supp.R. 4)<br>Advised of right of appeal to Appeals Ct. (R. 25) |
| DEFT. DOB AND SEX<br>07/27/50 | OFFENSE CODE(S)<br>617,61 | |
| DATE OF OFFENSE(S)<br>04/25/99 | PLACE OF OFFENSE(S)<br>42 Coleman Street | |
| COMPLAINANT<br>PO. Langa | POLICE DEPARTMENT - applicable<br>Area C11 | |
| DATE OF COMPLAINT<br>04/26/99 | RETURN DATE AND TIME<br>Arrest | |

| COUNT-OFFENSE A...ASSAULT & BATTERY BY DANG. WEAPON | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT $ 60 ☐ WAIVED |
|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION | | | | |
| DISPOSITION METHOD / FINDINGS<br>☒ Guilty Plea or Admission / ☐ Not Guilty<br>to Sufficient Facts / ☐ Guilty<br>accepted after colloquy / ☐ Not Responsible<br>& 278 §29D warning / ☐ Responsible<br>☐ Bench Trial / ☐ No Probable Cause<br>☐ Jury Trial / ☐ Probable Cause<br>☐ None of the above | ☒ Sufficient facts found but continued without guilty finding until: 7/7/00<br>☐ Probation  ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION<br>☒ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | JUDGE 7-7-00 | ATT FEE $ 100.0<br>TOTAL<br>CHECK 100.0<br>CHANGE |

| COUNT-OFFENSE B...OP. A MV NEGLIGENTLY SO AS TO ENDAN. | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION | | | | |
| DISPOSITION METHOD / FINDINGS<br>☒ Guilty Plea or Admission / ☐ Not Guilty<br>to Sufficient Facts / ☐ Guilty<br>accepted after colloquy / ☐ Not Responsible<br>& 278 §29D warning / ☐ Responsible<br>☐ Bench Trial / ☐ No Probable Cause<br>☐ Jury Trial / ☐ Probable Cause<br>☐ None of the above | ☒ Sufficient facts found but continued without guilty finding until: 7/7/00<br>☐ Probation  ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION<br>☒ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | JUDGE 7-7-00 | |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION | | | | |
| DISPOSITION METHOD / FINDING<br>☐ Guilty Plea or Admission / ☐ Not Guilty<br>to Sufficient Facts / ☐ Guilty<br>accepted after colloquy / ☐ Not Responsible<br>& 278 §29D warning / ☐ Responsible<br>☐ Bench Trial / ☐ No Probable Cause<br>☐ Jury Trial / ☐ Probable Cause<br>☐ None of the above | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation  ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | I CERTIFY THAT THIS IS A TRUE ... UNDER MY HAND AND SEAL ...DAY OF January, 2005<br>JUDGE  DATE | |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|
| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION | | | | |
| DISPOSITION METHOD / FINDING<br>☐ Guilty Plea or Admission / ☐ Not Guilty<br>to Sufficient Facts / ☐ Guilty<br>accepted after colloquy / ☐ Not Responsible<br>& 278 §29D warning / ☐ Responsible<br>☐ Bench Trial / ☐ No Probable Cause<br>☐ Jury Trial / ☐ Probable Cause<br>☐ None of the above | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation  ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | JUDGE  DATE | |

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | 7-8-99 | PTH | ☐ Held ☐ Cont'd | | Kazan | | | |
| 2 | | | ☐ Held ☐ Cont'd | 7/7/00 | Moriarty | 1944 | 1350 | |
| 3 | | | ☐ Held ☐ Cont'd | | | | | |
| 4 | | | ☐ Held ☐ Cont'd | | | | | |
| 5 | | | ☐ Held ☐ Cont'd | | | | | |
| 6 | | | ☐ Held ☐ Cont'd | | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | | |

ARR=Arraignment   PT- Pretrial hearing   CE - Discovery compliance & jury election   TB - Bench trial   J - Jury trial   PC = Probable cause hearing   M - Motion hearing   SR = Status review
SRP - Status review of payments   FA - First appearance in jury session   S - Sentencing   CW - Continuance-without-finding scheduled to terminate   P - Probation scheduled to terminate
DFTA - Defendant failed to appear & was defaulted   WAR - Warrant issued   WARD - Default warrant issued   WR - Warrant or default warrant recalled   PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 4/26/99 | Cash bail 100.00 Th. |
| 7/8/99 | out to attend Fromelite anger management |
| 7/8/99 | 100. 17362 |
| 7-9-99 | ABSTRACT SENT TO REGISTRY |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ½) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ½) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ½) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ½) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |