UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MOMODU JALLOH,
Plaintiff,

v.

CIVIL ACTION NO.
04-11403-DPW

DEPT. OF HOMELAND SECURITY,
Defendant.

## ORDER FOR REMAND TO
## DEPARTMENT OF HOMELAND SECURITY

WOODLOCK, District Judge

    In accordance with the Court's Memorandum and Order entered March 11, 2005 , it is hereby ORDERED that,   the above captioned matter is REMANDED to the United Stated Department of Homeland Security for processing consistent with the memorandum and order. Department of Homeland Security is directed to refund to Mr. Jalloh any and all fees he has paid with respect to the new application for naturalization he filed in 2004.

     It is further ORDERED that the   above captioned matter shall be terminated from the docket as pending in view of this Order for Remand.

                                                             BY THE COURT,
                                                              /s/ Michelle Rynne
                                                              Deputy Clerk

DATED:  March 14, 2005